RECEIVED
Court of Appeals

OCT 2 8 2013

Lisa Matz
Clerk, 5th District



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1094-13

**JOHN MARTIN FIALA Appellant**

v.

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FIFTH COURT OF APPEALS
## DALLAS COUNTY

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

## ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(i),

because the petition does not contain a copy of the opinion of the court of appeals.

The petition is struck. *See* Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed

in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: October 23, 2013
Do Not Publish



COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE





02 1R
0006557458
MAILED FROM ZIP CODE 78701

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.384
OCT 24 2013

PRESORTED
FIRST CLASS

PD-1094-13

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE 2ND FLOOR
DALLAS TX 75202